**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6935**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERTO SORTO,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-96-251-A, CA-99-848-AM)

---

Submitted: November 4, 1999          Decided: November 9, 1999

---

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Roberto Sorto, Appellant Pro Se. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roberto Sorto seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Sorto, Nos. CR-96-251-A; CA-99-848-AM (E.D. Va. June 23, 1999). Sorto's motions submitting that 21 U.S.C. § 841 (1994) is unconstitutional, to proceed on appeal on original records, and for a transcript at government expense are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED